AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**MARK FRANKLIN,**

    **Plaintiff,**

**v.**

**JUDGMENT IN A CIVIL CASE**

**MICHAEL J. ASTRUE,**      **CASE NO.  C2-09-488**
**COMMISSIONER OF SOCIAL**      **JUDGE EDMUND A. SARGUS, JR.**
**SECURITY,**      **MAGISTRATE JUDGE MARK R. ABEL**

    **Defendant.**

___      **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

X      **Decision by Court.**  A decision has been rendered by the Court without a hearing or trial.

    Pursuant to the ORDER filed June 10, 2010, JUDGMENT is hereby entered for the Defendant.  This case is DISMISSED.

Date: June 10, 2010      JAMES BONINI, CLERK

     */S/ Andy F. Quisumbing*
     (By) Andy F. Quisumbing
     Courtroom Deputy Clerk